IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30138
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES RENE ZENON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
(92-CR-20022-01 & 96-CV-2479)
- - - - - - - - - -

March 22, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Charles Rene Zenon, federal prisoner #08072-035, appeals from the district court's denial of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. He argues that the jury instructions given in relation to his firearms offenses were incorrect under Bailey v. United States, 516 U.S. 137 (1995). We have reviewed the record and find no reversible error. See United States v. Brown, 161 F.3d 256, 259

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 1998) (en banc).  Accordingly, the judgment of the district court is AFFIRMED.